UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. JOE VEGA**      Docket. No. 20-10063      SBI: 156099G

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. JOE VEGA, SBI#: 156099G, 08/17/1995 is now confined at PASSAIC COUNTY JAIL, 11 Marshall Street, Paterson, NJ 07501.

2. Said individual will be required via VIDEOCONFERENCE at NEWARK, New Jersey, before the Hon. Claire C. Cecchi for a Plea Hearing on Tuesday, November 17 at 9:30 a.m. A Writ of Habeas Corpus should be issued for that purpose.

DATED: November 9, 2020

/s/ Angelica M. Sinopole
ANGELICA M. SINOPOLE
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.

DATED: November 9, 2020

_____
Hon. Claire C. Cecchi
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Passaic County Jail, Paterson, New Jersey

WE COMMAND YOU that you have the body of

JOE VEGA, SBI#: 156099G, 08/17/1995

now confined at the PASSAIC COUNTY JAIL, 11 Marshall Street, Paterson, NJ 07501, be brought before the United States District Court, via VIDEOCONFERENCE at NEWARK, New Jersey, before the Hon. Claire C. Cecchi on Tuesday, November 17 at 9:30 a.m. so that he may appear for a Plea Hearing in the above-captioned matter.

WITNESS the Honorable Claire C. Cecchi
United States District Judge
Newark, New Jersey

DATED: November 9, 2020

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _Jacquie Lambiase_
Deputy Clerk